GEORGE W. NICHOLAS et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted May 9, 1884; decided June 3, 1884.)

*W. H. Adams* for appellant.

*Arthur C. Smith* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.